IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH BENADO,
CHARLOTTE BENADO

    Plaintiffs,

vs.                                                   Case No. 12-cv-1143 JAP/GBW

THYSSENKRUPP LOGISTICS, INC.
d/b/a as TKX LOGISTICS, *et al.*

    Defendants.

## **ORDER**

    This matter comes before the Court at the request of the parties. After consultation with the parties during a telephonic status conference on January 9, 2014, the Court hereby orders Defendant United States of America to communicate its decision in reference to the remaining Defendants' outstanding *Touhy* request made with respect to the deposition of Dr. Smoker by the close of business on **Monday, January 13, 2014**. The Court further therefore orders that the parties shall appear at a telephonic status conference on **January 14, 2014, at 11:00 a.m.** to discuss the same. The parties shall call my conference line at 505-348-2351 to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE