**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOSEPH BENADO and CHARLOTTE
BENADO,

      Plaintiffs,

v.                                      Case No. 1:12-cv-01143-JAP-GBW

THYSSENKRUPP INDUSTRIAL SERVICES, INC.
and FERNANDO FERNANDEZ,

      Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiffs, Joseph Benado and Charlotte Benado ("Plaintiffs"), and Defendants, ThyssenKrupp Industrial Services, Inc. and Fernando Fernandez ("Defendants"), file this Stipulation of Dismissal with Prejudice, pursuant to FED. R. CIV. P. 41(a)(1).

      Plaintiffs and Defendants have successfully resolved their dispute and reached a full and complete settlement of all claims herein against Defendants.

      WHEREFORE, Defendants are dismissed from this cause of action with prejudice.

      DATED this 28th day of March, 2014.

                                                  RICHARD A. SANDOVAL, ESQ.

                                                  */s/ Electronically Approved on 03/27/14*
                                                  1442-D S. St. Francis Drive
                                                  Santa Fe, NM 87505
                                                  (505) 795-7790

                                                  Kenneth C. Downes, Esq.
                                                  3949 Corrales Road, Suite 210
                                                  Corrales, NM 87048
                                                  (505) 243-0816
                                                  *Attorneys for Plaintiffs*

ARCHIBEQUE LAW FIRM, LLC

*/s/ Ronald C. Archibeque*
Ronald C. Archibeque
P.O. Box 94837
Albuquerque, NM 87199
(505) 750-2363
*Attorney for Defendants*